UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN D. SHILLING,<br><br>    Plaintiff,<br><br>    v.<br><br>POLYONE CORPORATION,<br><br>    Defendant. | Case No.  14-cv-03562-BLF<br><br>**ORDER GRANTING IN PART AND DENYING IN PART CROSS-DEFENDANT SHILLING'S MOTION TO DISMISS CROSS-COMPLAINT**<br><br>[Re: ECF 18] |

Plaintiff and Cross-Defendant Shilling moves this court to dismiss portions of Defendant and Cross-Complainant PolyOne's Cross-Complaint. ECF 18. The court held a hearing on the matter on January 8, 2015 (the "hearing").

For the reasons stated on the record at the hearing, PolyOne's Second Cause of Action, Breach of the Implied Covenant of Good Faith and Fair Dealing, is **DISMISSED** with leave to amend. Cross-Complainant's allegations in the second cause of action pertain only to claims for breach of the express terms of the Purchase Agreement and thus are insufficient. *See Dave Greytak Enterps., Inc. v. Mazda Motors of Am., Inc.*, 622 A.2d 14, 22 (Del. Ch. 1992). Moreover, the allegations pertaining to fraud and deceit, *see* ECF 18 ¶¶ 24, 25, are factually devoid conclusory statements. *See Ashcroft v. Iqbal*, 556 U.S. 662, 681 (2009).

In its Opposition Brief, PolyOne agreed to strike the words "and Escrow Agreement" from paragraphs 18, 20, and 24 of its Cross-Complaint. Opposition Brief at 12, ECF 20. Accordingly, "and Escrow Agreement" is **STRICKEN** from paragraphs 18, 20, and 24 of PolyOne's Cross-Complaint, and the Court GRANTS the Motion to Dismiss the First and Second Causes of Action as each relates to the Escrow Agreement.

For the reasons stated on the record at the hearing, the remainder of Shilling's Motion is

**DENIED**, without prejudice to either party raising the same issues on motion for summary judgment. The amended Cross-Complaint shall be filed within 21 days of this Order, no later than January 30, 2015.

**IT IS SO ORDERED.**

Dated:  January 9, 2015

_____
BETH LABSON FREEMAN
United States District Judge