**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. JOHNSON, SB# 130193
    Email: Michael.Johnson@lewisbrisbois.com
SHAHRAM NASSI, SB# 239812
    Email: Shahram.Nassi@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant POLYONE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOHN D. SHILLING, AS TRUSTEE OF THE PETER F. PFAFF REVOCABLE TRUST,<br><br>          Plaintiff,<br><br>     vs.<br><br>POLYONE CORPORATION; and DOES 1-20, inclusive,<br><br>          Defendants. | CASE NO. 5:14-cv-03562-BLF<br><br>[PROPOSED]<br>**CASE SCHEDULING ORDER**<br><br>**Trial Date:    January 30, 2017** |

Pursuant to the Court's Case Management Order dated June 25, 2015 (dkt # 66), the parties have met and conferred, and agree to the following pre-trial dates and deadlines:

| Event | Date |
|---|---|
| Further Case Management Conference | Parties will submit request, if needed. |
| Fact Discovery Cutoff | May 20, 2016 |
| Expert Designations and Reports | June 17, 2016 |
| Rebuttal Expert Designations and Reports | July 15, 2016 |
| Expert Discovery Cutoff | August 26, 2016 |
| Last Day to File Dispositive Motions | September 15, 2016 |
| Last Day to Hear Dispositive Motions (reserved) | October 20, 2016 at 9:00 a.m. |
| Last Day to File Motions in Limine | December 8, 2016 |
| Last Day to File Oppositions to Motions in Limine | December 15, 2016 |

| Event | Date |
|---|---|
| Last Day to Meet and Confer re Joint Pre-Trial Statement and Order | December 15, 2016 |
| Last Day to File Joint Pre-Trial Conference Statement and Order (containing therein the pre-trial disclosures and objections thereto identified in FRCP 26(a)(3)) | December 22, 2016 |
| Final Pretrial Conference | January 12, 2017 at 1:30 p.m. |
| Last Day to File Trial Briefs | January 23, 2017 |
| Last Day to Deliver Exhibits to Court | January 26, 2017 |
| Trial | January 30, 2017 at 9:00 a.m. |

**IT IS SO STIPULATED.**

DATED: July 15, 2015         **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:     */s/ Michael K. Johnson*
Michael K. Johnson
Shahram Nassi
Attorneys for Defendant/Counter-Claimant
POLYONE CORPORATION

DATED:  July 15, 2015         **CROSBY & CROSBY, APLC**

By:     */s/ Michael C. Crosby*
Michael C. Crosby
Attorneys for Plaintiff/Counter-Defendant
JOHN D. SHILLING, AS TRUSTEE OF THE
PETER F. PFAFF REVOCABLE TRUST

### CERTIFICATE PURSUANT TO L.R. 5-1(i)(3)

Pursuant to Local Rule 5-1(i)(3), I certify that I obtained the concurrence in the filing of this document from all the signatories, and I have on file records to support this concurrence.

Executed on July 15, 2015, at San Francisco, California.

By:  */s/ Michael K. Johnson*

**IT IS SO ORDERED.**

Dated: July 24, 2015

Hon. Beth Labson Freeman
United States District Judge